

# United States Court of Appeals
# Tenth Circuit

Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

May 17, 2019

Honorable Philip A. Brimmer, Chief Judge
Honorable Christine M. Arguello
Honorable William J. Martinez
Honorable R. Brook Jackson
Honorable Raymond P. Moore
Honorable Daniel D. Domenico

Re:     Certification of State Law
        *Gale v. City and County of Denver*, No. 18-1269
        (D. Ct. No. 1:16-CV-02436-MSK-KMT)

Dear Judges:

The court has certified a question of state law to the Colorado Supreme Court in *Gale v. City and County of Denver*, No. 18-1269, D. Ct. No. 1:16-CV-02436-MSK-KMT.

Attached for your information is a copy of the court's certification order.

Very truly yours,
ELISABETH A. SHUMAKER, Clerk

Kevin Schwalbe
Deputy Clerk

EAS/ks

Enclosures

cc:   All Tenth Circuit Judges